CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RK

MAR 14 2011

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TONY HAROLD MOORE, ) | Civil Action No. 7:11-cv-00119 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SOUTHWEST VIRGINIA REGIONAL ) | By: Hon. Jackson L. Kiser |
| JAIL AUTHORITY, et al., ) | Senior United States District Judge |
| Defendants. ) | |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff is **GRANTED** leave to proceed in forma pauperis; the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and the action is **STRICKEN** from the active docket of the court. Plaintiff may refile his claims at the time of his choice.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 14th day of March, 2011.

/s/ Jackson L. Kiser
Senior United States District Judge