CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAR 15 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| TONY HAROLD MOORE,<br>    Plaintiff, | Civil Action No. 7:11-cv-00119 |
| v. | **ORDER** |
| SOUTHWEST VIRGINIA REGIONAL<br>    JAIL AUTHORITY, <u>et al.</u>,<br>    Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the March 14, 2011, opinion and order are **VACATED**; plaintiff is **GRANTED** leave to proceed <u>in forma pauperis</u>; the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and the action is **STRICKEN** from the active docket of the court. Plaintiff may refile his claims at the time of his choice.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 15th day of March, 2011.

/s/ Jackson L. Kiser
Senior United States District Judge